State of Nebraska, appellee, v. James A. Stennis, APELLANT.

201 N. W. 2d 117

Filed October 6, 1972.   No. 38306.

James A. Stennis, pro se.

Clarence A. H. Meyer, Attorney General, and Melvin K. Kammerlohr, for appellee.

Heard before White, C. J., Spencer, Boslaugh, Smith, McCown, Newton, and Clinton JJ.

Smith, J.
Affirmed.   See Rule 20.